# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRIS PEDERSEN,
                    Appellant,
            vs.
FLORENCE KIAMA, A/K/A FLORENCE
WAMUCII PFEIFFER; KEITH GLAZER;
TOBIN MOTORCARS, LLC, D/B/A
TOBIN MOTORCARS,
                    Respondents.

No. 84314

FILED

MAR 3 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion to dismiss or for summary judgment in favor of respondent Tobin Motorcars, LLC. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The district court docket entries reflect that claims and

22-09865

counterclaims by and against respondents Florence Kiama and Keith Glazer remain pending below. This court lacks jurisdiction and therefore ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:    Hon. Adriana Escobar, District Judge
Chris Pedersen
Florence Kiama
Bendavid Law
Keith Glazer
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A